# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL RUSH, | Hon. Dennis M. Cavanaugh, U.S.D.J. |
| Plaintiff, | |
| v. | Civil Action No.: 09-cv-2439-DMC |
| RALPH HORNE, et al., | ORDER |
| Defendants. | |

**DICKSON, U.S.M.J.:**

This matter comes before the court upon application by *pro se* Plaintiff Michael Rush ("Plaintiff") for the appointment of *pro bono* counsel pursuant to 28 U.S.C. §1915(e)(1). Pursuant to Rule 78 of the Federal Rules of Civil Procedure, no oral argument was heard.

This Court, having carefully considered the Plaintiff's submissions, and for the reasons stated in its Opinion issued on this day,

IT IS on this 15th day of February, 2011,

**ORDERED** that Plaintiff's Motion for the Appointment of Counsel is **denied**.

_____
Joseph A. Dickson, U.S.M.J.

cc:   Hon. Dennis M. Cavanaugh, U.S.D.J.